IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXANDER RAYMOND GESSA, | ) |
| Movant, | ) |
| v. | ) No. 3:89-cr-00006 |
| UNITED STATES OF AMERICA, | ) Judge Trauger |
| Respondent. | ) |

## ORDER

Movant Alexander Raymond Gessa, proceeding *pro se*, has filed a motion requesting that the court enter a two-level downward reduction to his sentence. (ECF No. 1089.) Gessa received a thirty-year sentence in 1989 as a career offender after pleading guilty to operating a continuing criminal enterprise in violation of 21 U.S.C. § 848. Since then, he has filed numerous motions seeking to reduce his sentence. His last motion prior to the current motion was filed in April 2012, at which time Gessa stated that he had only about thirty-four months remaining on his thirty-year sentence. (ECF No. 1080, at 3.) Since then, an additional twenty-two months have passed, meaning Gessa has approximately one year left to serve, if his calculations are correct.

The court is sympathetic to Gessa's desire to be through serving his lengthy sentence and to be reunited with his family, but the court lacks authority to grant the relief requested. Gessa seeks a downward reduction in apparent reliance upon Attorney General Eric Holder's pronouncements supporting the United States Sentencing Commission's recent vote to publish proposed amendments to the federal sentencing guidelines which would include across-the-board reductions to all sentences recommended for drug offenses. *See* January 9, 2014 Press Release by the U.S. Sentencing Commission, available on line at www.ussc.gov/Legislative_and_Public_Affairs/Newsroom/Press_ Releases/20140109_Press_Release.pdf (accessed on February 12, 2014).

The Sentencing Commission has not yet implemented the proposed sentence reductions and in any event has not indicated that such reductions would be applied retroactively. Statements by the


Attorney General and proposed amendments to the sentencing guidelines do not provide a basis for reducing the movant's sentence.

The current motion (ECF No. 1089) is therefore **DENIED**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge